906

No. 391, Misc. RUSH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States.

No. 409, Misc. JOHNSTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 410, Misc. BLOCK *v.* BLOCK. Supreme Court of Wisconsin. Certiorari denied.

No. 421, Misc. CONNOR *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 429, Misc. AUTH *v.* MURPHY, WARDEN. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 453, Misc. PERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 456, Misc. O'LEARY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 486, Misc. ISLE *v.* TAHASH, WARDEN. Supreme Court of Minnesota. Certiorari denied.